CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED at Roanoke
OCT 29 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JESSE RAMIREZ,<br>    Petitioner, | ) ) ) | Civil Action No. 7:12-cv-00428 |
| v. | ) ) | **ORDER** |
| WARDEN ZYCH,<br>    Respondent. | ) ) ) | By:  Hon. Michael F. Urbanski<br>       United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of mandamus is **DISMISSED without prejudice** as moot and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER**: This 29th day of October, 2012.

/s/ Michael F. Urbanski
United States District Judge